# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.J. BRUBAKER, D.J. SMITH**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

*v.*

**RAHUL M. AHUJA**
**PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS**

**NMCCA 201400297**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 2 April 2014.
**Military Judge**: Col M.B. Richardson, USMC.
**Convening Authority**: Commanding Officer, 2nd Battalion, 11th Marines, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: LtCol V.G. Laratta, USMC.
**For Appellant**: CAPT Jill James, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**30 October 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that confinement in excess of two months was suspended for the period of confinement served and 10 <u>months</u> thereafter.

For the Court

R.H. TROIDL
Clerk of Court